# EXHIBIT A

FILED
DISTRICT COURT

**IN THE THIRTIETH JUDICIAL DISTRICT**
**DISTRICT COURT, SUMNER COUNTY, KANSAS**

JAN 16 PM 1:50

SUMNER COUNTY, KS.

BY:

**Claude Jenkins**
                          Plaintiff

                    v.

**Ocwen Loan Servicing, LLC**                    Case No. 2013 CV 7
c/o Corporation Service Company,
Resident Agent
2900 SW Wanamaker Dr., Ste. 204
Topeka, KS 66614
                          Defendant

Type of Service Requested: Certified Mail by Attorney

## Summons

To:    **Ocwen Loan Servicing, LLC**

         A lawsuit has been filed against you.

         Within 30 days after service of this summons on you (not counting the day
you received it), you must serve on the plaintiff an answer to the attached
petition or a motion under K.S.A. 60-212. The answer or motion must be served
on the plaintiff's attorney, or the plaintiff if plaintiff has no attorney, at the
following address:

                    Martin J. Peck
                    P.O. Box 421
                    Wellington, KS 67152

         If you fail to file an answer or motion as described above, judgment by
default will be entered against you for the relief demanded in the petition. You
also must file your answer or motion with the court.

         If you file an answer, any related claim which you may have against the
plaintiff must be stated as a counterclaim in your answer. If you fail to do so you
will thereafter be barred from making such claim in any other action.

Date: ___1-16-13___                    _____
                                        Clerk of the District Court

Clerk's Seal:                          by _____, Deputy

Sumner County, Kansas, District Court, case number 2013 CV 7        Page 2
*In re Claude Jenkins v. Ocwen Loan Servicing, LLC*
Summons

## Return of Service of Summons on an Individual

I hereby certify that I served a <u>copy of this summons and a copy of the petition</u> on <u>Corporation Service Company, Resident Agent for Ocwen Loan Servicing, LLC</u> in the following manner:

_____(1)    **Personal Service** - on the \_ day of _____, 2\_\_, by delivering or offering to deliver the documents to the above-named person;

_____(2)    **Residence Service** - on the \_\_\_\_\_ day of _____, 2\_\_, by leaving the documents at the dwelling or usual place of abode of the above-named person, with some person of suitable age and discretion who resides there;

_____(3)    **Residence Service** - on the \_\_\_\_\_ day of _____, 2\_\_, by leaving a copy of the documents at the dwelling or usual place of abode of the above-named person and mailing to that person by first-class mail a notice that the copy has been left at the individual's dwelling or place of abode;

_____(4)    **Return Receipt Delivery** - by causing to be delivered on the \_\_\_ day of _____, 2\_\_\_, the documents by return receipt delivery to the above-named person at the following address: <u>2900 SW Wanamaker Dr., Ste. 204, Topeka, KS 6614</u> with delivery being made by the following person or entity: <u>United States Postal Service</u>. A copy of the return receipt evidencing delivery is attached to this Return of Service.

_____(5)    **Return Receipt Delivery Refused** - by mailing on the \_\_\_ day of _____ 2\_\_\_, the documents by first-class, postage prepaid, to the above-named person at the following address: _____.

_____(6)    **Other Method of Service** - _____.

_____(7)    **No Service**. The above-named person was not served for the following reason(s): _____

## Affidavit of Service

STATE OF KANSAS, SUMNER COUNTY, SS:

I, Martin J. Peck , swear or affirm that the foregoing Return on Service of Summons is true and correct.

Executed on _____, 2013.

_____
Martin J. Peck

The foregoing instrument was signed and sworn to before me on this \_\_\_ day of \_\_\_\_ 2012.

_____
Notary public

My appointment expires:

Martin J. Peck, #16273
Security State Bank Building
107 E. Harvey, Second Floor
P.O. Box 421, Wellington, KS 67152
(620) 326-5997, Fax (620) 326-6887
peck@martinjpeck.com

FILED
DISTRICT COURT
2013 JAN 16  AM 9: 55
SUMNER COUNTY, KS.

BY:

## IN THE THIRTIETH JUDICIAL DISTRICT
## DISTRICT COURT, SUMNER COUNTY, KANSAS
### Division ____

| | |
|---|---|
| **Claude R. Jenkins**<br>Plaintiff<br><br>v.<br><br>**Ocwen Loan Servicing, LLC**<br>Defendant | Case No. 2013 CV  7 |

## Petition

The plaintiff seeks redress from the defendant's harassing and frivolous attempts coerce the plaintiff into paying substantial sums he does not owe. In support of his petition, the plaintiff seeks as follows.

1.     The plaintiff, Claude Jenkins, is a natural person who lives in Sumner County, Kansas.

2.     Defendant Ocwen Loan Servicing, LLC ("Ocwen") is a Delaware limited liability company that may be served with process through its resident agent Corporation Service Company at 2900 SW Wanamaker Dr., Suite 204, Topeka, KS 66614.

3.     The Court has jurisdiction of the parties and the subject matter. This Court has jurisdiction of Count Three by virtue of 15 U.S.C. § 1692k(d).

### Factual Allegations Common to All Counts

4.     In 1998, plaintiff entered a contract for deed ("the Contract for Deed") to purchase Kansas real estate legally described as

Sumner County, Kansas, District Court
*Claude R. Jenkins v. Ocwen Loan Servicing, LLC*
Case number 2013 CV
PETITION

> Lots 22,23, and 24, Block 9, Original Town, City of Belle
> Plaine, Sumner County, Kansas

from one Loretta Phipps. All payments made by Mr. Jenkins under that
Contract for Deed are made to Kansas Escrow, Inc., in Wichita, Kansas.

     5.     Ms. Phipps sold her interest as vendor under the contract for
deed, and that interest eventually came to be owned by JPMorgan Chase
Bank, N.A. Ocwen presently acts as servicer for the present lender with
respect to the Contract for Deed.

     6.     In September 2005, defendant Chase Manhattan Bank brought
an action in Sumner County, Kansas, District Court seeking to "foreclose"
the Contract for Deed alleging a variety of alleged defaults.

     7.     That state-court litigation was settled through an agreement
entered in approximately May 2006, which, among other things, provided
that the parties agreed that as of May 2006, Mr. Jenkins was and had been
compliant with his obligations under the Contract for Deed.

     8.     In 2008, Mr. Jenkins brought an action in the United States
District Court for the District of Kansas against Chase Manhattan Bank (the
predecessor in interest to JPMorgan Chase) and Litton Loan Servicing LP,
the then-servicer for Chase, alleging that although Mr. Jenkins remained
current on payments under the Contract for Deed, Litton was reporting him
as delinquent to credit reporting agencies.

     9.     That federal-court litigation was settled through an agreement
entered on July 14, 2009, which, among other things, agreed that Mr.
Jenkins had always been current on his payments and provided for notice
of that to be given to credit reporting agencies.

Sumner County, Kansas, District Court
*Claude R. Jenkins v. Ocwen Loan Servicing, LLC*
Case number 2013 CV
PETITION

10.    After that settlement, Ocwen took over as servicer. Since Ocwen
took over as servicer, Ocwen has taken the position that Mr. Jenkins owes
late charges of $70 for seven late payments to Litton, despite Mr. Jenkins
never having paid late, and "prior servicer fees of $23,261.06" (*see*
Plaintiff's Exhibit C) that "represent attorney fees that were billed as a
result of the civil litigation in connection with the loan." (*See* Plaintiff's
Exhibit B).

11.    Ocwen has persistently included those fees in its monthly
statements to Mr. Jenkins. A copy of the December 2012 statement is
attached as Plaintiff's Exhibit C. All of the monthly statements sent by
Ocwen were sent to Mr. Jenkins's residential address in Kansas.

12.    Mr. Jenkins does not owe any of the fees referenced in
paragraph 10, and there is no plausible legal theory upon which Ocwen
could contend that he owes any of those fees.

13.    On or about September 30, 2012, plaintiff's counsel sent a letter
to Ocwen attempting to rectify Ocwen's position. A conformed copy of that
letter is attached as Plaintiff's Exhibit A.

14.    On or about January 23, 2012, Ocwen sent a reply, a copy of
which is attached as Plaintiff's Exhibit B. Other than Plaintiff's Exhibit B,
Ocwen has directed all or nearly all of its communications directly to Mr.
Jenkins, not to his counsel.

15.    A telephone call to the "Research Department" referenced in
Plaintiff's Exhibit B yielded nothing but Ocwen's insistence that the amount
was due and payable immediately.

- 3 -

Sumner County, Kansas, District Court
*Claude R. Jenkins v. Ocwen Loan Servicing, LLC*
Case number 2013 CV
PETITION

16.    Since acquiring servicing of the lender's interest with respect to the Contract for Deed, agents of Ocwen

    a.    Have made near-daily harassing collection calls to Mr. Jenkins his home, sometimes as late as 9:30 P.M. local time;

    b.    Have made frequent harassing calls to Mr. Jenkins at his work, sometimes when a customer of Mr. Jenkins, who is self-employed, can hear the conversation, leading to embarrassment and an undermining of business confidence of those customers in Mr. Jenkins;

    c.    Have harassed Mr. Jenkins's wife by telephone, and put her in fear of losing her home; and

    d.    Have refused to cease making such communications despite both written and oral demands by Mr. Jenkins.

All of the calls have been placed by Ocwen to Mr. Jenkins's residence and work in Kansas.

17.    Ocwen has taken seemingly inconsistent positions with respect to the plaintiff's obligation. On the one hand, it contends that "the loan is current." (*See* Plaintiff's Exhibit B.) However, it also contends that $23,331.06 is immediately due and has made well over a hundred phone calls attempting to collect that amount.

## Count One: Declaratory Judgment

18.    Paragraphs 1 through 17 are hereby incorporated by reference as though fully set out.

19.    Mr. Jenkins seeks a declaratory judgment that he owes neither the alleged $70 in late fees nor the alleged $23,261.06 "prior servicer fees"

Sumner County, Kansas, District Court
*Claude R. Jenkins v. Ocwen Loan Servicing, LLC*
Case number 2013 CV
PETITION

referenced in paragraph 10 to Ocwen or to any affiliated party, or to any predecessor or successor in interest of Ocwen or any affiliated party.

## Count Two: Kansas Consumer Protection Act

20.     Paragraphs 1 through 19 are hereby incorporated by reference as though fully set out.

21.     Mr. Jenkins is a "consumer" as defined by K.S.A. 50-624(b).

22.     Ocwen is a "supplier" as defined by K.S.A. 50-624(j).

23.     The dealings between Mr. Jenkins and Ocwen, including Ocwen's attempts to collect money not owed, constitute "consumer transactions" as that term is defined by K.S.A. 50-624(c).

24.     Every oral and written assertion by Ocwen that Mr. Jenkins owed the fees referenced in paragraph 10 of this Petition, and every oral and written attempt by Ocwen to collect those un-owed fees constitutes a deceptive act in violation of K.S.A. 50-626(a) as defined by K.S.A. 50-626(b)(2) & (3).

25.     Every oral and written attempt by Ocwen to collect money not owed constitutes an unconscionable act and practice in violation of K.S.A. 50-627(a). Among other things, the unconscionability is exemplified by K.S.A. 50-627(b)(3) & (6).

## Count Three: Fair Debt Collection Practices Act

26.     Paragraphs 1 through 25 are hereby incorporated by reference as though fully set out.

- 5 -

Sumner County, Kansas, District Court
*Claude R. Jenkins v. Ocwen Loan Servicing, LLC*
Case number 2013 CV
PETITION

27. Ocwen is a debt collector as that is defined by 11 U.S.C. § 1692a(6).

28. Ocwen is not exempted from the definition of "debt collector" by 11 U.S.C. § 1692a(6)(F)(iii) because Ocwen has treated Mr. Jenkins as having been in default of his obligations since before the servicing of the Contract for Deed was obtained by Ocwen.[1]

29. Ocwen's actions in connection with the collection of Mr. Jenkins's obligations under the Contract for Deed violated 15 U.S.C. §§ 1692b(6); 1692c(a)(1); 1692c(a)(2); 1692c(c); 1692d(5); 1692e(2)(A); 1692e(4); 1692e(5); 1692e(10); and 1692f(1).

## Demand for Judgment

30. On Count One, declaratory judgment that he owes neither the alleged $70 in late fees nor the alleged $23,261.06 "prior servicer fees" referenced in paragraph 10 to Ocwen or to any affiliated party, or to any predecessor or successor in interest of Ocwen or any affiliated party.

31. On Count Two,

    a. A declaration that Ocwen's actions have violated the Kansas Consumer Protection Act, pursuant to K.S.A. 50-634(a)(1).

    b. An injunction against Ocwen for future violations of the KCPA, pursuant to K.S.A. 50-634(a)(2).

---

1. *See Bridge v. Ocwen Federal Bank, FSB*, 681 F.3d 355, 360 n.4 (6th Cir. Ohio 2012) (*citing Shugart v. Ocwen Loan Servicing, LLC*, 747 F. Supp. 2d 938, 942-943 (S.D. Ohio 2010); *Schlosser v. Fairbanks Capital Corp.*, 323 F.3d 534, 539 (7th Cir. Ill. 2003); *Mondonedo v. Sallie Mae, Inc.*, 2008 U.S. Dist. LEXIS 77483, 10-11 (D. Kan. Sept. 29, 2008).

Sumner County, Kansas, District Court
*Claude R. Jenkins v. Ocwen Loan Servicing, LLC*
Case number 2013 CV
PETITION

    c.    Penalties not to exceed $10,000.00 per violation of the KCPA by Ocwen pursuant to K.S.A. 50-634(b) and 50-636(a).

    d.    Attorney fees pursuant to K.S.A. 50-634(e).

The statutory maximum for the penalties and attorney fees sought pursuant to the KCPA exceeds $75,000.00.

32.    On Count Three, damages pursuant to 11 U.S.C. 1692k(a)(1) & (2) and attorney fees pursuant to 11 U.S.C. § 1692(a)(3).

## Demand for Jury Trial

33.    The plaintiff demands a jury trial on his claims herein.

**Wherefore,** the plaintiff seeks relief as set out in this petition and for such other relief as the Court determines the plaintiff may be entitled at law or in equity.

Respectfully submitted,

Martin J. Peck, #16273
Security State Bank Building
107 E. Harvey, Second Floor
P.O. Box 421
Wellington, KS 67152
(620) 326-5997
Fax (620) 326-6887
peck@martinjpeck.com

- 7 -

## MARTIN J. PECK
#### ATTORNEY AT LAW
##### LICENSED IN KANSAS AND MISSOURI
SECURITY STATE BANK BUILDING, SECOND FLOOR
107 EAST HARVEY
P.O. BOX 421
WELLINGTON, KANSAS 67152
(620) 326-5997
FAX (620) 326-6887

September 30, 2011

Ocwen Loan Servicing, LLC
PO Box 247
West Palm Beach, FL 33416-4738

Re:   My client Claude Jenkins.
      Your loan number 7090661567.

Dear Madam or Sir:

I am writing to let you know that your records regarding Mr. Jenkins are incorrect. He does not have a mortgage loan; rather he is paying on a contract for deed that is escrowed with Kansas Escrow, Inc. His payments are current and the home is presently insured.

Your statements indicate that you believe that $23,904.46 is due for various fees. That is incorrect; Mr. Jenkins's payments are, and have been, current, as noted above. This is not the first time a mortgage servicer has been confused about the status of the account. Chase sued Mr. Jenkins in *Chase Manhattan Bank v. Claude Jenkins*, Sumner County, Kansas, case number 2005 CV 118. That case was dismissed, with a settlement agreement, upon Mr. Jenkins's demonstration that he was current on his debt.

Later, Litton Loan Servicing became confused and threatened foreclosure and negatively reported with respect to Mr. Jenkins's credit again, which prompted action by Mr. Jenkins in *Claude Jenkins v. JPMorgan Chase and Litton Loan Servicing*, United States District Court, District of Kansas, case no. 08-1245-JTM-KMH. That case was amicably resolved by the agreement of the parties.

Please rectify your records to reflect that Mr. Jenkins is not delinquent on his debt.

Very truly yours,

Martin J. Peck

cc    Claude Jenkins                     cc    James A. Peter
                                               Kansas Escrow, Inc.
                                               PO Box 1955
                                               Wichita, KS 67201-1955



PLAINTIFF'S
EXHIBIT

A



OCWEN Loan Servicing, LLC
P.O. Box 785063
Orlando, FL 32878-5063
(Do not send any correspondence or payment to the above address)          WWW.OCWEN.COM

January 23, 2012

Martin J. Peck

107 East Harvey - P.O. Box 236
Wellington, KS  67152

RE: Loan Number:    7090661567
Property Address:   516 N Sumner
                    Belle Plains, KS  67013

Dear Martin J. Peck :

OCWEN would like to take this opportunity to thank you for your recent communication regarding the above referenced loan. We appreciate the time and effort on your part to bring your concern to our attention. Pursuant to your concern, we have reviewed the loan and below is the recap of our response to the concern raised:

Concern#1  You notified Ocwen that your client, Claude Jenkins, does not have a mortgage loan, and that he is paying on a contract for deed that is escrowed with Kansas Escrow, Inc. In addition, you notified us of your dispute regarding assessed fees totaling $23,904.46, and you advised us that Mr. Jenkins is not delinquent on his debt.

Response  As you know, the debt you are referencing was transferred from Litton Loan Servicing LP to Ocwen, effective September 1, 2011. This debt is being serviced under loan number 7090661567. At the time of the transfer, the loan was current and due for the September 1, 2011 installment, with late charges totaling $70.00 and other fees totaling $23,261.06.

Our records confirm that an agreement was reached with Litton whereby payments are remitted through Kansas Escrow, Inc. Additionally, our records confirm that the loan is current, and the next installment of $298.16 is due on February 1, 2012.

According to the original loan documentation, payments are due on the first (1st) day of each month, and late charges are assessed for payments not received by the eleventh (11th) day of the respective months. Accordingly, a $10.00 late charge was each time the monthly payment was received after the allotted time frame between September 2007 and September 2011.

In addition, the prior servicer fees of $23,261.06 represent attorney fees that were billed as a result of the civil litigation in connection with the loan. For your review, a Detail Transaction History and breakdown of the prior servicer fees will be mailed to you under separate cover.

Should you have further questions or concerns, please contact Ocwen's Customer Care Center at (800) 746-2936.

We trust the information provided has fully addressed your concern. Please visit our website (www.ocwen.com) which is available 24 hours a day, seven days a week, as many of the answers to your account specific questions may be found there. However, should you have any further questions in regards to this issue, please contact our Research Department at (800) 241-9960. If after speaking with our Research Department you still have questions or concerns, please feel free to contact the OCWEN consumer advocate by email through OCWEN's website or by phone at (800) 390-4656. You may also send written correspondence to the following address:

RRCMAINLTRM.12      1

This communication is from a debt collector attempting to collect a debt; a[...] be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through [...]on is not intended as and does not constitute an attempt to c[...]

PLAINTIFF'S
EXHIBIT
B

Loan Number:7090661567                                          NMLS # 1852



OCWEN Loan Servicing, LLC
P.O. Box 785063
Orlando, FL 32878-5063
*(Do not send any correspondence or payment to the above address)*

WWW.OCWEN.COM

Ocwen Loan Servicing, LLC
Attention: Research Department
P.O. Box 24736
West Palm Beach, FL 33416-4736

Sincerely,


Valencia Jones
Research Department
Ocwen Loan Servicing, LLC

---

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

Loan Number:7090661567

NMLS # 1852



**Ocwen Loan Servicing, LLC**
www.ocwen.com

**OCWEN**

NMLS #: 1852
NC Permit No. 3946
**CUSTOMER CARE CENTER 1-800-746-2936**
*Your call may be recorded for the coaching and development of our associates.*

## Account Statement

| | |
|---|---|
| Account Number: | 7090661567 |
| Account Statement Date: | 12/17/2012 |
| Property Address: | |
| 516 N Sumner | |
| Belle Plains KS 67013 | |

DELQ                                    Page 1

## Special Notices

Losing your job is not always preventable, but some of the financial burden can be. First Protector pays your monthly mortgage if you involuntarily lose your job or can't live in your home due to a disaster. Visit www.firstprotector.com/ocw or call 1-800-349-9756, 8am-8pm E.T.



1AB      01836/157292/002227 0651  1 ACPUTY

CLAUDE JENKINS
516 N SUMNER ST
BELLE PLAINE KS 67013-9127

## Account Information

| | |
|---|---|
| * Current Principal Balance: | 2,763.17 |
| Interest Rate: | 8.00000% |
| Next Payment Due Date: | 12/01/2012 |
| Current Escrow Balance: | 286.70 |
| Interest Paid Year-To-Date: | 317.35 |
| Taxes Paid Year-To-Date: | .00 |
| Beginning Principal Balance: | 5,599.52 |
| Principal Reductions Year-To-Date: | 2,836.35 |
| Beginning Escrow Balance: | 55.00- |
| Escrow Disbursements/Adjustments Year-To-Date: | 341.70 |

*This is the principal balance only, not the amount required to pay your account in full.

## Details of Amount Due

| | |
|---|---|
| Current Amount Due: | |
| Principal: | 270.07 |
| Interest: | 16.63 |
| Escrow: | 121.74 |
| Current Amount Due by 01/01/13: | 408.44 |
| Past Due Amount: | |
| Principal: | 268.28 |
| Interest: | 18.42 |
| Escrow: | 121.74 |
| Past Due Amounts DUE IMMEDIATELY: | 408.44 |
| Assessed Fees/Expense Outstanding: | |
| Late Charges: | 70.00 |
| Prev-Prior Servicer Fees: | 23,261.06 |
| Total Fees/Expense Outstanding: | 23,331.06 |
| Total Amount Due: | 24,147.94 |

## Recent Account Activity

| Date | Description | Principal | Interest | Escrow | Optional | Late Charges | Fees/Other | Suspense | Total |
|---|---|---|---|---|---|---|---|---|---|
| 12/12/12 | Tax Credit | | | 286.70 | | | | | 286.70 |

## Important Messages

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. To obtain information about your rights under the Fair Credit Reporting Act go to www.ftc.gov/credit.

If you are currently in bankruptcy or if you have filed for bankruptcy since obtaining this loan, please read the bankruptcy information provided on the back of this statement.

Payments received are to be applied in accordance with your mortgage note. Payments will be first applied to bring your loan contractually current. Any additional funds received will be applied to outstanding fees and advances prior to being applied to principal.

Tax season is right around the corner. Look for your 1098 and 1099 year end tax forms in the envelope of your January account statement.

FOLD AND
DETACH HERE
PLEASE DETACH AND RETURN BOTTOM PORTION WITH PAYMENT IN THE ENCLOSED ENVELOPE WITH ADDRESS VISIBLE.
PLEASE DO NOT SEND CORRESPONDENCE WITH YOUR PAYMENT · ALWAYS WRITE YOUR ACCOUNT NUMBER ON YOUR CHECK.
FOLD AND
DETACH HERE
157292/002227 ACPUTY 01-E-TM1-C026  1



010040336309  00000000000000000000000000000  000007090661567 50  024147944

## Payment Coupon

Account Number  Claude Jenkins
7090661567

☐ Check for change of information and see reverse side of coupon.

**OCWEN**

| | | |
|---|---|---|
| AMOUNT DUE | $ | 24,147.94 |
| If Received after 01/17/2013 add Late Charge of: | $ | 0.00 |
| Total Amount Due with Late Charge: | $ | 24,147.94 |

*Note: If your loan is current, any excess funds will first be applied to outstanding amounts due and then additional principal.*

| | | |
|---|---|---|
| Additional Principal: | $ | |
| Additional Escrow: | $ | |
| Late Charges: | $ | |
| Other: (Please Specify) | $ | |
| Total Enclosed: | $ | |

OCWEN
PO BOX 6440
CAROL STREAM IL  60197-6440



PLAINTIFF'S
EXHIBIT
C



**Visit our website 24 hours a day at www.ocwen.com**

## IMPORTANT PHONE NUMBERS

Using a touch-tone phone, you have quick and easy access to your account information by dialing 1-800-746-2936.
Your call may be recorded for the training and development of our associates.

| | | |
|---|---|---|
| Customer Care Center: . . . . . . . 1-800-746-2936 | Monday - Friday: 8:00 am to 9:00 pm, Saturday: 8:00 am to 5:00 pm and Sunday: 9:00 am to 9:00 pm ET |
| Tax Department: . . . . . . . . . . . . 1-800-746-2936 | Monday - Friday: 8:00 am to 9:00 pm, Saturday: 8:00 am to 5:00 pm and Sunday: 9:00 am to 9:00 pm ET |
| Homeowners Insurance: . . . . . . . 1-866-825-9265 | Monday - Friday: 9:00 am to 6:30 pm ET |

### PAYMENT ADDRESS

Ocwen Loan Servicing, LLC
P.O. Box 6440
Carol Stream, IL  60197-6440

Make checks payable to Ocwen Loan Servicing, LLC.
Do not send correspondence with your payment,
and ensure that your Ocwen account number, name,
and property address are written on the front of your
check or money order.

### CORRESPONDENCE ADDRESSES

Please address all correspondence to Ocwen Loan Servicing, LLC to the attention of the appropriate department. Be sure to include your Ocwen account number, name and property address.

Insurance Department (For Providing Hazard, Property & Flood Documentation): P.O. Box 6723, Springfield, OH 45501-6723

Insurance Claim Department (For the Filing & Processing of Property Insurance Claims): P.O. Box 6501, Springfield, OH 45501

Property Tax Department: P.O. Box 24665, West Palm Beach, FL 33416-4665

Research Department (For Qualified Written Requests): P.O. Box 24736, West Palm Beach, FL 33416-4736

Customer Service Department (General Inquiries or Comments): P.O. Box 24738, West Palm Beach, FL 33416-4738

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose.*

## OCWEN FEE STRUCTURE*

| | |
|---|---|
| **Loan Documents:** | |
| Collateral (Mortgage, Note and Riders) . . . . . . . . . . . . . . . . . . . $30.00 | |
| Individual documents . . . . . . . . . . . . . . . . . . . . . . . . . . . $15.00 | |
| Payment History (free on www.ocwen.com) . . . . . . . . . . . . . $ 5.00 | |
| Verification of Mortgage (free on www.ocwen.com) . . . . . . . . $10.00 | |
| Amortization Schedule (free on www.ocwen.com) . . . . . . . . . . $15.00 | |

| **Payments (Western Union® Speedpay®):** | |
|---|---|
| Website (pay before or within 5 days of due date) . . . . . . . . . . . . . FREE |
| Website (pay 5 days or more after due date) . . . . . . . . . . . . . . . . $10.00 |
| Automated Phone System . . . . . . . . . . . . . . . . . . . . . . . . . . $12.00 |
| Agent Assistance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $19.50 |
| Returned Check Fee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $25.00 |

*These fees are subject to change and may not apply in all instances, depending upon applicable laws.*

### IMPORTANT PAYMENT REMINDERS

- To expedite the posting of your payment, you may use our Automated Phone System to pay by phone ($12.00 fee) or Ocwen's website at www.ocwencustomers.com to make a payment online ($10.00 fee). See Payment Options section for additional details.

- Avoid late charges by making payments for the exact coupon amount on or before the due date. Please allow 7 to 10 days for delivery. Postal delays will not prevent late charges for payments received after the grace period.

- To ensure prompt handling of your payment, please enclose your statement coupon with your check. The processing of your payment may be delayed if you send correspondence with your payment or if you send your payment to an address other than the address listed above.

- Payments will be posted Monday through Friday only, excluding holidays.

- If for any reason you are unable to make a payment when it is due, please contact the Customer Care Center at 1-800-746-2936 or visit our website at www.ocwencustomers.com and select the President's Foreclosure Prevention Plan link where you can download an application directly from the web if you meet the requirements.

- Ocwen Loan Servicing, LLC may report credit information to all major credit bureaus on a monthly basis. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. To view the details of how your account was reported to the credit bureaus, please visit Ocwen's website at www.ocwencustomers.com.

### PAYMENT OPTIONS

Pay by Phone – To use our convenient Western Union® Speedpay® option, call 1-800-746-2936 and simply follow the instructions within the "Automated Phone System". Please have your bank account number and routing information available. It's a quick and easy alternative to using regular mail. Agent assistance when making payments will be more costly and time consuming. See applicable fees above.

Pay via the Ocwen Website – Make your payment online by simply logging into your account on www.ocwencustomers.com with your User ID and Password. If you have not yet created a User ID and Password, click on the New Customers link and you will be guided through the easy process. Once logged in to your account, select Make Payment Online which is located on the left side of the page. See applicable fees above.

ACH (Automated Payments) – Automatic monthly payment withdrawals can now be easily setup and managed right from our website at www.ocwencustomers.com. Payments can be automatically drafted from your bank account on a monthly basis saving you time and money!

Pay via Western Union® Quick Collect® – To use this payment option, you can find the location nearest to you by calling 1-800-238-5772 or visiting www.westernunion.com and clicking on "Find A Location". At the location, please pay to name "OCWEN" and provide the loan number.

Pay via MoneyGram® ExpressPayment® – To find the location nearest you, call 1-800-Moneygram or visit www.moneygram.com and click on "Locate MoneyGram Agent". At the agent location, please provide the clerk with your loan number. Receive Code 2355, the Company Name "OCWEN", the City Code "ORLANDO", and the State Code "FLORIDA". MoneyGram® and ExpressPayment® are registered marks of MoneyGram Payment Systems, Inc.

## IMPORTANT BANKRUPTCY INFORMATION

If you or your account are subject to pending bankruptcy or the obligation referenced in this statement has been discharged in bankruptcy, this statement is for informational purposes only and is not an attempt to collect a debt. If you have any questions regarding this statement, or do not want Ocwen to send you monthly statements in the future, please contact us at 1-888-554-6599. Bankruptcy payments from the Trustee should be mailed to Ocwen Loan Servicing, LLC, P.O. Box 24781, West Palm Beach, FL 33416-4781.

Concerned about making your annual property tax or insurance payments on time?
Open an escrow account and let Ocwen handle these important payments for you. Find out how to open an escrow account at www.ocwen.com or call the Customer Care Center at 1-800-746-2936!

OCW01P

---

Change of information: Has any of your information changed? Have you added any new contact information? If so, please complete this form and check the box on the front of your Payment Coupon or log into your account at www.ocwen.com and update your contact information there.

| | | | |
|---|---|---|---|
| Account Number: _____ | Name: _____ | | |
| | First | MI | Last |
| New Mailing Address: _____ | | | |
| Street Address | City | State | Zip Code |
| New Phone Numbers - Home: _____ | Business: _____ | | |
| Mobile/Pager: _____ | E-mail Address: _____ | | |

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day your payment is received, and you will not receive your check back from your financial institution. Call the Customer Care Center number on this statement if you have questions about electronic check collection or do not want your payment is collected electronically.

Martin J. Peck, #16273
Security State Bank Building
107 E. Harvey, Second Floor
P.O. Box 421, Wellington, KS 67152
(620) 326-5997, Fax (620) 326-6887
peck@martinjpeck.com

## IN THE THIRTIETH JUDICIAL DISTRICT
## DISTRICT COURT, SUMNER COUNTY, KANSAS
Division 3

| | |
|---|---|
| **Claude R. Jenkins** | |
| Plaintiff | |
| | |
| v. | Case No. 2013 CV 7 |
| | |
| **Ocwen Loan Servicing, LLC** | |
| Defendant | |

## Plaintiff Claude R. Jenkins's First
## Requests for Production
## Propounded to Defendant

Pursuant to K.S.A. 60-226 and -234, plaintiff, Claude R. Jenkins, hereby requests that defendant, Ocwen Loan Servicing, LLC respond in writing, within 45 days of service of this request, to the following request for production of documents, permitting inspection and copying of documents and things requested at the office of Martin J. Peck, Security State Bank Building, Second Floor, P.O. Box 421, Wellington, KS 67152, and at a copy center of Peck's choosing. In lieu of appearing in person, you may mail legible copies of the documents and things requested to respondent's counsel within 45 days of service of this request.

## Definitions and Instructions

1.     The term "Document" means all writings of any kind, including the originals and non-identical copies, whether different from the originals by reason of any notation made on such copies or otherwise, including

Sumner County, Kansas, District Court
*Claude R. Jenkins v. Ocwen Loan Servicing, LLC*
Case number 2013 CV 7
PLAINTIFF CLAUDE R. JENKINS'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT

without limitation, correspondence, memoranda, notes, diaries, statistics, reports, studies, checks, statements, receipts, returns, summaries, pamphlets, books, interoffice and intra-office communications, notations of any sort of conversations, telephone calls, meetings or other communications, bulletins, printed matter, computer printouts, teletypes, telefax, invoices, worksheets, all drafts, alterations, modifications, changes and amendments of any of the foregoing, graphic or oral records or representations of any kind (including, without limitation, photographs, charts, graphs, microfiche, microfilm, videotapes, recordings, and motion pictures), and any electronic, mechanical, or optical records or representations of any kind (including without limitation, tapes, cassettes, discs, recordings, and computer memories).

2.    If you contend that any communication or document sought by these requests for production are subject to any privilege, identify and describe the document and state the nature of the privilege and all grounds therefor.

3.    The terms "You" and "Your" refer to Ocwen Loan Servicing, LLC, and any individual, partnership, corporation, or other entity through which You carry on or have carried on any business.

## Documents and Things Requested

1.    Copies of all recordings of all phone calls made by You to or regarding the plaintiff.

- 2 -

Sumner County, Kansas, District Court
*Claude R. Jenkins v. Ocwen Loan Servicing, LLC*
Case number 2013 CV 7
PLAINTIFF CLAUDE R. JENKINS'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT

    2.    Copies of all correspondence sent by You to or regarding the plaintiff.

    3.    Copies of all correspondence received by You from or regarding the plaintiff.

    4.    Copies of all other records in Your possession or control regarding the plaintiff including, but not limited to, all notes made regarding all communications made to or regarding the plaintiff.

    5.    Copies of all Documents upon which you may rely to support your claims or defenses.

                  Respectfully submitted,

                  Martin J. Peck, #16273
                  Security State Bank Building
                  107 E. Harvey, Second Floor
                  P.O. Box 421
                  Wellington, KS 67152
                  (620) 326-5997
                  Fax (620) 326-6887
                  peck@martinjpeck.com

Martin J. Peck, #16273
Security State Bank Building
107 E. Harvey, Second Floor
P.O. Box 421, Wellington, KS 67152
(620) 326-5997, Fax (620) 326-6887
peck@martinjpeck.com

## IN THE THIRTIETH JUDICIAL DISTRICT
## DISTRICT COURT, SUMNER COUNTY, KANSAS
### Division 3

| | |
|---|---|
| **Claude R. Jenkins** | |
| Plaintiff | |
| | |
| v. | Case No. 2013 CV 7 |
| | |
| **Ocwen Loan Servicing, LLC** | |
| Defendant | |

### Plaintiff Claude R. Jenkins's First
### Requests for Production
### Propounded to Defendant

Pursuant to K.S.A. 60-226 and -234, plaintiff, Claude R. Jenkins, hereby requests that defendant, Ocwen Loan Servicing, LLC respond in writing, within 45 days of service of this request, to the following request for production of documents, permitting inspection and copying of documents and things requested at the office of Martin J. Peck, Security State Bank Building, Second Floor, P.O. Box 421, Wellington, KS 67152, and at a copy center of Peck's choosing. In lieu of appearing in person, you may mail legible copies of the documents and things requested to respondent's counsel within 45 days of service of this request.

### Definitions and Instructions

1.    The term "Document" means all writings of any kind, including the originals and non-identical copies, whether different from the originals by reason of any notation made on such copies or otherwise, including

Sumner County, Kansas, District Court
*Claude R. Jenkins v. Ocwen Loan Servicing, LLC*
Case number 2013 CV 7
PLAINTIFF CLAUDE R. JENKINS'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT

without limitation, correspondence, memoranda, notes, diaries, statistics, reports, studies, checks, statements, receipts, returns, summaries, pamphlets, books, interoffice and intra-office communications, notations of any sort of conversations, telephone calls, meetings or other communications, bulletins, printed matter, computer printouts, teletypes, telefax, invoices, worksheets, all drafts, alterations, modifications, changes and amendments of any of the foregoing, graphic or oral records or representations of any kind (including, without limitation, photographs, charts, graphs, microfiche, microfilm, videotapes, recordings, and motion pictures), and any electronic, mechanical, or optical records or representations of any kind (including without limitation, tapes, cassettes, discs, recordings, and computer memories).

2.    If you contend that any communication or document sought by these requests for production are subject to any privilege, identify and describe the document and state the nature of the privilege and all grounds therefor.

3.    The terms "You" and "Your" refer to Ocwen Loan Servicing, LLC, and any individual, partnership, corporation, or other entity through which You carry on or have carried on any business.


## Documents and Things Requested

1.    Copies of all recordings of all phone calls made by You to or regarding the plaintiff.

- 2 -

Sumner County, Kansas, District Court
*Claude R. Jenkins v. Ocwen Loan Servicing, LLC*
Case number 2013 CV 7
PLAINTIFF CLAUDE R. JENKINS'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT

2.     Copies of all correspondence sent by You to or regarding the plaintiff.

3.     Copies of all correspondence received by You from or regarding the plaintiff.

4.     Copies of all other records in Your possession or control regarding the plaintiff including, but not limited to, all notes made regarding all communications made to or regarding the plaintiff.

5.     Copies of all Documents upon which you may rely to support your claims or defenses.

Respectfully submitted,

Martin J. Peck, #16273
Security State Bank Building
107 E. Harvey, Second Floor
P.O. Box 421
Wellington, KS 67152
(620) 326-5997
Fax (620) 326-6887
peck@martinjpeck.com

- 3 -

Martin J. Peck, #16273
Security State Bank Building
107 E. Harvey, Second Floor
P.O. Box 421, Wellington, KS 67152
(620) 326-5997, Fax (620) 326-6887
peck@martinjpeck.com

## IN THE THIRTIETH JUDICIAL DISTRICT
## DISTRICT COURT, SUMNER COUNTY, KANSAS
### Division 3

| | |
|---|---|
| **Claude R. Jenkins** | |
| Plaintiff | |
| v. | ·Case No. 2013 CV 7 |
| **Ocwen Loan Servicing, LLC** | |
| Defendant | |

## Plaintiff Claude R. Jenkins's First
## Requests for Production
## Propounded to Defendant

Pursuant to K.S.A. 60-226 and -234, plaintiff, Claude R. Jenkins, hereby requests that defendant, Ocwen Loan Servicing, LLC respond in writing, within 45 days of service of this request, to the following request for production of documents, permitting inspection and copying of documents and things requested at the office of Martin J. Peck, Security State Bank Building, Second Floor, P.O. Box 421, Wellington, KS 67152, and at a copy center of Peck's choosing. In lieu of appearing in person, you may mail legible copies of the documents and things requested to respondent's counsel within 45 days of service of this request.

### Definitions and Instructions

1.    The term "Document" means all writings of any kind, including the originals and non-identical copies, whether different from the originals by reason of any notation made on such copies or otherwise, including

Sumner County, Kansas, District Court
*Claude R. Jenkins v. Ocwen Loan Servicing, LLC*
Case number 2013 CV 7
PLAINTIFF CLAUDE R. JENKINS'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT

without limitation, correspondence, memoranda, notes, diaries, statistics, reports, studies, checks, statements, receipts, returns, summaries, pamphlets, books, interoffice and intra-office communications, notations of any sort of conversations, telephone calls, meetings or other communications, bulletins, printed matter, computer printouts, teletypes, telefax, invoices, worksheets, all drafts, alterations, modifications, changes and amendments of any of the foregoing, graphic or oral records or representations of any kind (including, without limitation, photographs, charts, graphs, microfiche, microfilm, videotapes, recordings, and motion pictures), and any electronic, mechanical, or optical records or representations of any kind (including without limitation, tapes, cassettes, discs, recordings, and computer memories).

2.     If you contend that any communication or document sought by these requests for production are subject to any privilege, identify and describe the document and state the nature of the privilege and all grounds therefor.

3.     The terms "You" and "Your" refer to Ocwen Loan Servicing, LLC, and any individual, partnership, corporation, or other entity through which You carry on or have carried on any business.

## Documents and Things Requested

1.     Copies of all recordings of all phone calls made by You to or regarding the plaintiff.

- 2 -

Sumner County, Kansas, District Court
*Claude R. Jenkins v. Ocwen Loan Servicing, LLC*
Case number 2013 CV 7
PLAINTIFF CLAUDE R. JENKINS'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT

    2.    Copies of all correspondence sent by You to or regarding the plaintiff.

    3.    Copies of all correspondence received by You from or regarding the plaintiff.

    4.    Copies of all other records in Your possession or control regarding the plaintiff including, but not limited to, all notes made regarding all communications made to or regarding the plaintiff.

    5.    Copies of all Documents upon which you may rely to support your claims or defenses.

Respectfully submitted,

Martin J. Peck, #16273
Security State Bank Building
107 E. Harvey, Second Floor
P.O. Box 421
Wellington, KS 67152
(620) 326-5997
Fax (620) 326-6887
peck@martinjpeck.com

- 3 -

Martin J. Peck, #16273
Security State Bank Building
107 E. Harvey, Second Floor
P.O. Box 421, Wellington, KS 67152
(620) 326-5997, Fax (620) 326-6887
peck@martinjpeck.com

## IN THE THIRTIETH JUDICIAL DISTRICT
## DISTRICT COURT, SUMNER COUNTY, KANSAS
Division 3

| | |
|---|---|
| **Claude R. Jenkins**<br>         Plaintiff | |
| v. | Case No. 2013 CV 7 |
| **Ocwen Loan Servicing, LLC**<br>         Defendant | |

## <u>Plaintiff Claude R. Jenkins's First<br>Interrogatories Propounded to Defendant</u>

**Comes now** Claude R. Jenkins, plaintiff, by and through his attorney, Martin J. Peck, and requests that defendant fully answer the following interrogatories in writing and under oath, and serve a copy upon counsel for petitioner within 45 days of service hereof.

## Instructions and Definitions

1.      Each interrogatory is to be answered separately and fully in such a manner that the response shall immediately follow the interrogatory.

2.      A party must include in its answers information which, while not within its own knowledge, is nonetheless within the party's custody or control, or reasonably available to the party, the party's attorney, or any other source from which it may reasonably be obtained.

3.      If any part of the following interrogatories cannot be answered in full, answer to the extent possible, specifying the reason for Your

Sumner County, Kansas, District Court
*Claude R. Jenkins v. Ocwen Loan Servicing, LLC*
Case number 2013 CV 7
PLAINTIFF CLAUDE R. JENKINS'S FIRST INTERROGATORIES PROPOUNDED TO DEFENDANT

inability to answer the remainder, and state whatever information You have concerning the unanswered portion.

4.     If You contend that any Communication or Document sought by these interrogatories is subject to any privilege, identify and describe the Communication or Document, as those terms are defined herein, and state the nature of the privilege and all grounds therefor.

5.     The terms "You" and "Your" refer to Ocwen Loan Servicing, LLC, and any individual, partnership, corporation, or other entity through which You carry on or have carried on any business.

6.     "Person" includes natural persons, corporations, partnerships, associations, and any other kind of entity.

7.     The term "Document" means all writings of any kind, including the originals and non-identical copies, whether different from the originals by reason of any notation made on such copies or otherwise, including without limitation, correspondence, memoranda, notes, diaries, statistics, reports, studies, checks, statements, receipts, returns, summaries, pamphlets, books, interoffice and intra-office Communications, notations of any sort of conversations, telephone calls, meetings or other Communications, bulletins, printed matter, computer printouts, teletypes, telefax, invoices, worksheets, all drafts, alterations, modifications, changes and amendments of any of the foregoing, graphic or oral records or representations of any kind (including, without limitation, photographs, charts, graphs, microfiche, microfilm, videotapes, recordings, and motion pictures), and any electronic, mechanical, or optical records or representations of any kind (including, without limitation, tapes, cassettes, discs, recordings, and computer memories).

8.     The term "Communication" means any correspondence, contact, discussion, or exchange between two or more Persons. Without limiting the foregoing, "Communication" includes all Documents, telephone conversations, or face-to-face conversations, meetings, and conferences.

9.     The term "Identify" means:

- 2 -

Sumner County, Kansas, District Court
*Claude R. Jenkins v. Ocwen Loan Servicing, LLC*
Case number 2013 CV 7
PLAINTIFF CLAUDE R. JENKINS'S FIRST INTERROGATORIES PROPOUNDED TO DEFENDANT

(a)    when referring to a natural Person, state the Person's full name and present business and home address, his present or last-known business position, and if different, his business position at the time to which the interrogatory or Your response to the interrogatory has reference, and give a brief description of the responsibility of such position;

(b)    when referring to a Person other than a natural Person, state the Person's full name, present principal address, and a description of the nature of the entity; and the name or names, title, physical address, and telephone number of the individuals with whom You dealt in said entity.

(c)    when referring to a Document not being produced in lieu of answering an interrogatory, state its title and date; identify the author or Person who prepared it and any signatories to it; give the type of Document (*i.e.,* letter, memorandum, etc.), its present location and custodian, a summary of its contents, or principal terms and provisions; and identify its addressees and all other Persons receiving it or a copy of it. If the Document so identified was but is no longer in Your possession, custody or control, state what disposition was made of it.

- 3 -

Sumner County, Kansas, District Court
*Claude R. Jenkins v. Ocwen Loan Servicing, LLC*
Case number 2013 CV 7
PLAINTIFF CLAUDE R. JENKINS'S FIRST INTERROGATORIES PROPOUNDED TO DEFENDANT

# Interrogatories

**Interrogatory Number 1.** List all telephone calls made by You to the plaintiff or regarding the plaintiff. For each such call, list the date, time, and, if known, duration of the call, list the name and title of the person making the call.

**Answer:**

Sumner County, Kansas, District Court
*Claude R. Jenkins v. Ocwen Loan Servicing, LLC*
Case number 2013 CV 7
PLAINTIFF CLAUDE R. JENKINS'S FIRST INTERROGATORIES PROPOUNDED TO DEFENDANT

**Interrogatory Number 2.** State the principal factual grounds and the legal grounds upon which You rely to support Your contention that the plaintiff owes $23,261.06 in prior service fees.

**Answer:**

**Interrogatory Number 3.** State the principal factual grounds and the legal grounds upon which You rely to support Your contention that the plaintiff owes $70.00 in late charges.

**Answer:**

- 5 -

Sumner County, Kansas, District Court
*Claude R. Jenkins v. Ocwen Loan Servicing, LLC*
Case number 2013 CV 7
Plaintiff Claude R. Jenkins's First Interrogatories Propounded to Defendant

## Verification

State of _____, _____ County, ss:

I, _____, of lawful age, being first duly sworn on oath states:

I am the _____ of Ocwen Loan Servicing, LLC, the defendant herein; I have read the foregoing answers to interrogatories, and the statements therein are true and correct.

Name: _____
Title: _____

**Subscribed and sworn to** before me on this _____ day of _____ 2013.

_____
Notary Public

My commission expires:

Respectfully submitted,

_____
Martin J. Peck, #16273
Security State Bank Building
107 E. Harvey, Second Floor
P.O. Box 421
Wellington, KS 67152
(620) 326-5997
Fax (620) 326-6887
peck@martinjpeck.com

- 6 -

Martin J. Peck, #16273
Security State Bank Building
107 E. Harvey, Second Floor
P.O. Box 421, Wellington, KS 67152
(620) 326-5997, Fax (620) 326-6887
peck@martinjpeck.com

## IN THE THIRTIETH JUDICIAL DISTRICT
## DISTRICT COURT, SUMNER COUNTY, KANSAS
Division 3

| | |
|---|---|
| **Claude R. Jenkins** | |
| Plaintiff | |
| v. | Case No. 2013 CV 7 |
| **Ocwen Loan Servicing, LLC** | |
| Defendant | |

## Plaintiff Claude R. Jenkins's First
## Interrogatories Propounded to Defendant

**Comes now** Claude R. Jenkins, plaintiff, by and through his attorney, Martin J. Peck, and requests that defendant fully answer the following interrogatories in writing and under oath, and serve a copy upon counsel for petitioner within 45 days of service hereof.

## Instructions and Definitions

1.     Each interrogatory is to be answered separately and fully in such a manner that the response shall immediately follow the interrogatory.

2.     A party must include in its answers information which, while not within its own knowledge, is nonetheless within the party's custody or control, or reasonably available to the party, the party's attorney, or any other source from which it may reasonably be obtained.

3.     If any part of the following interrogatories cannot be answered in full, answer to the extent possible, specifying the reason for Your

inability to answer the remainder, and state whatever information You have concerning the unanswered portion.

4.   If You contend that any Communication or Document sought by these interrogatories is subject to any privilege, identify and describe the Communication or Document, as those terms are defined herein, and state the nature of the privilege and all grounds therefor.

5.   The terms "You" and "Your" refer to Ocwen Loan Servicing, LLC, and any individual, partnership, corporation, or other entity through which You carry on or have carried on any business.

6.   "Person" includes natural persons, corporations, partnerships, associations, and any other kind of entity.

7.   The term "Document" means all writings of any kind, including the originals and non-identical copies, whether different from the originals by reason of any notation made on such copies or otherwise, including without limitation, correspondence, memoranda, notes, diaries, statistics, reports, studies, checks, statements, receipts, returns, summaries, pamphlets, books, interoffice and intra-office Communications, notations of any sort of conversations, telephone calls, meetings or other Communications, bulletins, printed matter, computer printouts, teletypes, telefax, invoices, worksheets, all drafts, alterations, modifications, changes and amendments of any of the foregoing, graphic or oral records or representations of any kind (including, without limitation, photographs, charts, graphs, microfiche, microfilm, videotapes, recordings, and motion pictures), and any electronic, mechanical, or optical records or representations of any kind (including, without limitation, tapes, cassettes, discs, recordings, and computer memories).

8.   The term "Communication" means any correspondence, contact, discussion, or exchange between two or more Persons. Without limiting the foregoing, "Communication" includes all Documents, telephone conversations, or face-to-face conversations, meetings, and conferences.

9.   The term "Identify" means:

- 2 -

Sumner County, Kansas, District Court
*Claude R. Jenkins v. Ocwen Loan Servicing, LLC*
Case number 2013 CV 7
PLAINTIFF CLAUDE R. JENKINS'S FIRST INTERROGATORIES PROPOUNDED TO DEFENDANT

(a)   when referring to a natural Person, state the Person's full name and present business and home address, his present or last-known business position, and if different, his business position at the time to which the interrogatory or Your response to the interrogatory has reference, and give a brief description of the responsibility of such position;

(b)   when referring to a Person other than a natural Person, state the Person's full name, present principal address, and a description of the nature of the entity; and the name or names, title, physical address, and telephone number of the individuals with whom You dealt in said entity.

(c)   when referring to a Document not being produced in lieu of answering an interrogatory, state its title and date; identify the author or Person who prepared it and any signatories to it; give the type of Document (*i.e.*, letter, memorandum, etc.), its present location and custodian, a summary of its contents, or principal terms and provisions; and identify its addressees and all other Persons receiving it or a copy of it. If the Document so identified was but is no longer in Your possession, custody or control, state what disposition was made of it.

- 3 -

Sumner County, Kansas, District Court
*Claude R. Jenkins v. Ocwen Loan Servicing, LLC*
Case number 2013 CV 7
PLAINTIFF CLAUDE R. JENKINS'S FIRST INTERROGATORIES PROPOUNDED TO DEFENDANT

# Interrogatories

**Interrogatory Number 1.** List all telephone calls made by You to the plaintiff or regarding the plaintiff. For each such call, list the date, time, and, if known, duration of the call, list the name and title of the person making the call.

**Answer:**

- 4 -

Sumner County, Kansas, District Court
*Claude R. Jenkins v. Ocwen Loan Servicing, LLC*
Case number 2013 CV 7
PLAINTIFF CLAUDE R. JENKINS'S FIRST INTERROGATORIES PROPOUNDED TO DEFENDANT

**Interrogatory Number 2.** State the principal factual grounds and the legal grounds upon which You rely to support Your contention that the plaintiff owes $23,261.06 in prior service fees.

**Answer:**

**Interrogatory Number 3.** State the principal factual grounds and the legal grounds upon which You rely to support Your contention that the plaintiff owes $70.00 in late charges.

**Answer:**

Sumner County, Kansas, District Court
*Claude R. Jenkins v. Ocwen Loan Servicing, LLC*
Case number 2013 CV 7
PLAINTIFF CLAUDE R. JENKINS'S FIRST INTERROGATORIES PROPOUNDED TO DEFENDANT

## Verification

STATE OF _____, _____ COUNTY, SS:

I, _____, of lawful age, being first duly sworn on oath states:

I am the _____ of Ocwen Loan Servicing, LLC, the defendant herein; I have read the foregoing answers to interrogatories, and the statements therein are true and correct.

Name: _____
Title: _____

**Subscribed and sworn to** before me on this _____ day of _____ 2013.

Notary Public

My commission expires:

Respectfully submitted,

Martin J. Peck, #16273
Security State Bank Building
107 E. Harvey, Second Floor
P.O. Box 421
Wellington, KS 67152
(620) 326-5997
Fax (620) 326-6887
peck@martinjpeck.com

- 6 -

Martin J. Peck, #16273
Security State Bank Building
107 E. Harvey, Second Floor
P.O. Box 421, Wellington, KS 67152
(620) 326-5997, Fax (620) 326-6887
peck@martinjpeck.com

## IN THE THIRTIETH JUDICIAL DISTRICT
## DISTRICT COURT, SUMNER COUNTY, KANSAS
### Division 3

| | |
|---|---|
| **Claude R. Jenkins**<br>　　　　　Plaintiff<br><br>　　　　v.<br><br>**Ocwen Loan Servicing, LLC**<br>　　　　　Defendant | Case No. 2013 CV 7 |

### <u>Plaintiff Claude R. Jenkins's First</u>
### <u>Interrogatories Propounded to Defendant</u>

**Comes now** Claude R. Jenkins, plaintiff, by and through his attorney, Martin J. Peck, and requests that defendant fully answer the following interrogatories in writing and under oath, and serve a copy upon counsel for petitioner within 45 days of service hereof.

### Instructions and Definitions

1.　　Each interrogatory is to be answered separately and fully in such a manner that the response shall immediately follow the interrogatory.

2.　　A party must include in its answers information which, while not within its own knowledge, is nonetheless within the party's custody or control, or reasonably available to the party, the party's attorney, or any other source from which it may reasonably be obtained.

3.　　If any part of the following interrogatories cannot be answered in full, answer to the extent possible, specifying the reason for Your

Sumner County, Kansas, District Court
*Claude R. Jenkins v. Ocwen Loan Servicing, LLC*
Case number 2013 CV 7
PLAINTIFF CLAUDE R. JENKINS'S FIRST INTERROGATORIES PROPOUNDED TO DEFENDANT

inability to answer the remainder, and state whatever information You have concerning the unanswered portion.

4.   If You contend that any Communication or Document sought by these interrogatories is subject to any privilege, identify and describe the Communication or Document, as those terms are defined herein, and state the nature of the privilege and all grounds therefor.

5.   The terms "You" and "Your" refer to Ocwen Loan Servicing, LLC, and any individual, partnership, corporation, or other entity through which You carry on or have carried on any business.

6.   "Person" includes natural persons, corporations, partnerships, associations, and any other kind of entity.

7.   The term "Document" means all writings of any kind, including the originals and non-identical copies, whether different from the originals by reason of any notation made on such copies or otherwise, including without limitation, correspondence, memoranda, notes, diaries, statistics, reports, studies, checks, statements, receipts, returns, summaries, pamphlets, books, interoffice and intra-office Communications, notations of any sort of conversations, telephone calls, meetings or other Communications, bulletins, printed matter, computer printouts, teletypes, telefax, invoices, worksheets, all drafts, alterations, modifications, changes and amendments of any of the foregoing, graphic or oral records or representations of any kind (including, without limitation, photographs, charts, graphs, microfiche, microfilm, videotapes, recordings, and motion pictures), and any electronic, mechanical, or optical records or representations of any kind (including, without limitation, tapes, cassettes, discs, recordings, and computer memories).

8.   The term "Communication" means any correspondence, contact, discussion, or exchange between two or more Persons. Without limiting the foregoing, "Communication" includes all Documents, telephone conversations, or face-to-face conversations, meetings, and conferences.

9.   The term "Identify" means:

- 2 -

Sumner County, Kansas, District Court
*Claude R. Jenkins v. Ocwen Loan Servicing, LLC*
Case number 2013 CV 7
PLAINTIFF CLAUDE R. JENKINS'S FIRST INTERROGATORIES PROPOUNDED TO DEFENDANT

(a)    when referring to a natural Person, state the Person's full name and present business and home address, his present or last-known business position, and if different, his business position at the time to which the interrogatory or Your response to the interrogatory has reference, and give a brief description of the responsibility of such position;

(b)    when referring to a Person other than a natural Person, state the Person's full name, present principal address, and a description of the nature of the entity; and the name or names, title, physical address, and telephone number of the individuals with whom You dealt in said entity.

(c)    when referring to a Document not being produced in lieu of answering an interrogatory, state its title and date; identify the author or Person who prepared it and any signatories to it; give the type of Document (*i.e.*, letter, memorandum, etc.), its present location and custodian, a summary of its contents, or principal terms and provisions; and identify its addressees and all other Persons receiving it or a copy of it. If the Document so identified was but is no longer in Your possession, custody or control, state what disposition was made of it.

- 3 -

Sumner County, Kansas, District Court
*Claude R. Jenkins v. Ocwen Loan Servicing, LLC*
Case number 2013 CV 7
PLAINTIFF CLAUDE R. JENKINS'S FIRST INTERROGATORIES PROPOUNDED TO DEFENDANT

# Interrogatories

**Interrogatory Number 1.** List all telephone calls made by You to the plaintiff or regarding the plaintiff. For each such call, list the date, time, and, if known, duration of the call, list the name and title of the person making the call.

**Answer:**

- 4 -

Sumner County, Kansas, District Court
*Claude R. Jenkins v. Ocwen Loan Servicing, LLC*
Case number 2013 CV 7
PLAINTIFF CLAUDE R. JENKINS'S FIRST INTERROGATORIES PROPOUNDED TO DEFENDANT

**Interrogatory Number 2.** State the principal factual grounds and the legal grounds upon which You rely to support Your contention that the plaintiff owes $23,261.06 in prior service fees.

**Answer:**

**Interrogatory Number 3.** State the principal factual grounds and the legal grounds upon which You rely to support Your contention that the plaintiff owes $70.00 in late charges.

**Answer:**

- 5 -

Sumner County, Kansas, District Court
*Claude R. Jenkins v. Ocwen Loan Servicing, LLC*
Case number 2013 CV 7
PLAINTIFF CLAUDE R. JENKINS'S FIRST INTERROGATORIES PROPOUNDED TO DEFENDANT

## Verification

STATE OF _____, _____ COUNTY, SS:

I, _____, of lawful age, being first duly sworn on

oath states:

I am the _____ of Ocwen Loan Servicing, LLC, the

defendant herein; I have read the foregoing answers to interrogatories,

and the statements therein are true and correct.

Name: _____
Title: _____

**Subscribed and sworn to** before me on this _____ day of

_____ 2013.

_____
Notary Public

My commission expires:

Respectfully submitted,

_____
Martin J. Peck, #16273
Security State Bank Building
107 E. Harvey, Second Floor
P.O. Box 421
Wellington, KS 67152
(620) 326-5997
Fax (620) 326-6887
peck@martinjpeck.com

- 6 -

Martin J. Peck, #16273
Security State Bank Building
107 E. Harvey, Second Floor
P.O. Box 421, Wellington, KS 67152
(620) 326-5997, Fax (620) 326-6887
peck@martinjpeck.com

## IN THE THIRTIETH JUDICIAL DISTRICT
## DISTRICT COURT, SUMNER COUNTY, KANSAS
Division 3

**Claude R. Jenkins**
             Plaintiff

           v.                              Case No. 2013 CV 7

**Ocwen Loan Servicing, LLC**
             Defendant

## Notice of Service of Discovery

**Comes now** Claude R. Jenkins, by and through his attorney, Martin

J. Peck, and gives notice that the original and two copies of:

   1.   Plaintiff Claude R. Jenkins's First Request for
        Production Propounded to the Defendant numbered
        1-5; and
   2.   Plaintiff Claude R. Jenkins's First Interrogatories
        Propounded to Defendant numbered 1-3;

were served by on Corporation Service Company, Resident Agent for

Ocwen Loan Servicing, LLC, 2900 SW Wanamaker Dr., Suite 204, Topeka,

KS 66614 on January 17, 2013 by certified mail.

Sumner County, Kansas, District Court
*Claude R. Jenkins v. Ocwen Loan Servicing, LLC*
Case number 2013 CV 7
NOTICE OF SERVICE OF DISCOVERY

Respectfully submitted,

*[signature]*

Martin J. Peck, #16273
Security State Bank Building
107 E. Harvey, Second Floor
P.O. Box 421
Wellington, KS 67152
(620) 326-5997
Fax (620) 326-6887
peck@martinjpeck.com

## Certificate of Service

I hereby certify that the foregoing Notice of Service of Discovery was placed in certified mail on January 17, 2013, addressed to

Ocwen Loan Servicing, LLC
w/o Corporation Service Company, Resident Agent
2900 SW Wanamaker Dr., Ste. 204
Topeka, KS 66614

*[signature]*

Heather L. Gamache

- 2 -