Martin J. Peck, #16273
Security State Bank Building
107 E. Harvey, Second Floor
P.O. Box 421, Wellington, KS 67152
(620) 326-5997, Fax (620) 326-6887
peck@martinjpeck.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
Sitting at Wichita

**Claude R. Jenkins**

        Plaintiff

    v.                   Case No. 13-cv-1078-RDR-KGS

**Ocwen Loan Servicing, LLC**

        Defendant

## Notice of Dismissal

The parties hereto give notice that the above-captioned matter should be dismissed with prejudice.

Respectfully submitted,

/s/ Martin J. Peck
Martin J. Peck, #16273
Security State Bank Building
107 E. Harvey, Second Floor
P.O. Box 421
Wellington, KS 67152
(620) 326-5997
Fax (620) 326-6887
peck@martinjpeck.com
Attorney for plaintiff

/s/ Christopher T. Borniger
Christopher T. Borniger, #24692
Morris, Laing, Evans, Brock & Kennedy, Chtd.
300 N. Mead, Suite 200
Wichita, KS 67202
316-383-6428 (phone)
316-383-6528 (fax)
Attorney for defendant